# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **RAYMOND G. KIRK**, | Civil File No. 2:12-cv-02675-JTM-KMH |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **NATIONAL ASSET RECOVERY SERVICES, INC.,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Raymond G. Kirk, and the defendant, National Asset Recovery Services, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: <u>December 4, 2012</u>   By <u>/s/J. Mark Meinhardt</u>
J. Mark Meinhardt, #20245
9400 Reeds Road, Suite 210
Overland Park, KS 66207
Office:     (913) 451-9797
Fax:        (913) 451-6163
Email:      mark@meinhardtlaw.com
ATTORNEY FOR PLAINTIFF

Dated: <u>December 4, 2012</u>   By <u>/s/Rachel B. Ommerman</u>
Rachel B. Ommerman, #21868
Berman & Rabin, P.A.
15280 Metcalf Avenue
Overland Park, KS 66223
Office:     (913) 649-1555
Fax:        (913) 652-9474
Email:      rommerman@bermanrabin.com
ATTORNEY FOR DEFENDANT